**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6600**

_____

KENNETH W. CROCKETT,

Plaintiff - Appellant,

versus

KATHLEEN GREEN, Warden; TONYA SAMPLE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William M. Nickerson, Senior District Judge.   (1:06-cv-02721)

_____

Submitted: July 24, 2007                    Decided:  July 31, 2007

_____

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth W. Crockett, Appellant Pro Se.  Phillip Michael Pickus, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth W. Crockett appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Crockett v. Green</u>, No. 1:06-cv-02721 (D. Md. Apr. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>